IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, INC.,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) CIVIL ACTION 07-0347-WS-B ) |
| **EAST BEACH DEVELOPMENT, LLC,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

## DEFAULT JUDGMENT

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED**, **ADJUDGED** and **DECREED** that a **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of the plaintiff, Travelers Casualty and Surety Company of America, Inc., and against defendants A-1 Glass Services, Inc. and Alpha Insulation & Waterproofing Company.

In that regard, it is further **ORDERED, ADJUDGED and DECREED** that Travelers Casualty and Surety Company of America, Inc., is permanently released from any and all liability to A-1 Glass Services, Inc. under Payment Bond number 104295762, and that Travelers is permanently released from any and all liability to Alpha Insulation & Waterproofing Company under Payment Bond number 104295778.

DONE and ORDERED this 7th day of December, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE