IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | CIVIL ACTION 07-0347-WS-B |
| **EAST BEACH DEVELOPMENT, LLC,** *et al.*, | ) ) ) ) | |
| **Defendants.** | ) | |

**JUDGMENT**

In accordance with the Order entered on this date, ruling on the Motions for Summary Judgment (docs. 136, 138-142), it is **ordered, adjudged and decreed** as follows:

(1) Judgment is entered in favor of plaintiff, Travelers Casualty and Surety Company of America, Inc., on its claims for declaratory judgment against East Beach Development LLC; Triple A Fire Protection, Inc; and Thrasher Waterproofing Corp.  Judgment is also entered in favor of Travelers on the Counterclaims brought by Thrasher and Triple A.

(2) In accordance with the foregoing, (a) Travelers is permanently released from any and all liability to Thrasher and Triple A under Payment Bond number 104295762, and (b) Travelers is permanently released from any and all liability to East Beach under that same Payment Bond in relation to any claim and/or lien asserted by Triple A or Thrasher.

(3) Judgment is entered in favor of third-party defendant, Coastal Builders, Inc., and against third-party plaintiff, Thrasher Waterproofing Corp., on Thrasher's Third-Party Complaint.  Thrasher shall have and take nothing from Coastal.

(4) Judgment is entered in favor of crossclaim plaintiff Thrasher Waterproofing, Inc. and against crossclaim defendant, East Beach Development LLC, in the amount

      of **$77,236.57**, inclusive of prejudgment interest.

(5)      Judgment is entered in favor of crossclaim plaintiff Triple A Fire Protection, Inc. and against crossclaim defendant, East Beach Development LLC, in the amount of **$57,820.31**, inclusive of prejudgment interest.

(6)      Judgment is entered in favor of plaintiff, Travelers Casualty and Surety Company of America, Inc., and against defendant East Beach Development LLC on Travelers' claims for monetary damages in the amount of **$162,525.12**, inclusive of prejudgment interest.

The Court hereby certifies that this Judgment is a final judgment for purposes of Rule 54(b), Fed.R.Civ.P., because it adjudicates all of the claims, rights and liabilities of all parties joined herein, and it concludes the action as to all claims and all parties.

DONE and ORDERED this 7th day of August, 2008.

                                              s/ WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE